**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JUDY MILLER,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV 06-05156 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for an award of benefits consistent with the memorandum of decision filed concurrently herewith.

DATED: February 12, 2008

/ s /
_____
ANDREW J. WISTRICH
United States Magistrate Judge